NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: nwieczorek@clarkhill.com
jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Attorneys for Defendant
*Ely Skilled Care, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYNERTX, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ELY SKILLED CARE, LLC,<br><br>Defendant. | Case No.: 2:17-cv-02928-APG-CWH<br>**ORDER**<br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>(FIRST REQUEST) |

Defendant Ely Skilled Care, LLC, by and through its counsel Clark Hill PLLC, and Plaintiff, Synertx, Inc., by and through its counsel of record Lipson, Neilson, Cole, Seltzer & Garin, P.C. and Law Offices of George A. Barton, P.C. hereby stipulate and agree that the Defendant Ely Skilled Care, LLC may have up through and including June 1, 2018 to file its Opposition to Plaintiff's Motion

. . . . .

. . . . .

. . . . .

. . . . .

for Summary Judgment (Document No. 17) filed on April 30, 2018 in the above-captioned matter. This is the first extension requested by Defendant.

IT IS SO STIPULATED on this ___ day of May, 2018.

| | |
|---|---|
| **CLARK HILL PLLC** | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| /s/ *Nicholas M. Wieczorek* <br> By:_____ <br> NICHOLAS M. WIECZOREK <br> Nevada Bar No. 6170 <br> JEREMY J. THOMPSON, ESQ. <br> Nevada Bar No. 12503 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Tel: (702) 862-8300 <br> Fax: (702) 862-8400 <br> Attorney for Defendant, <br> Ely Skilled Care, LLC | /s/ *Joseph P. Garin* <br> By:_____ <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 06653 <br> JESSICA A. GREEN, ESQ. <br> Nevada Bar No. 12383 <br> 9900 Covington Cross Dr, Suite 120 <br> Las Vegas NV 89144 <br> Tel: (702) 382-1500 <br> Fax: (702) 382-1512 <br> Attorneys for Plaintiff Synertx, Inc. |
| | LAW OFFICES OF GEORGE A. BARTON, P.C. |
| | /s/ *Rob Harken* <br> By:_____ <br> ROB HARKEN, ESQ. <br> *Pro Hac* <br> 7227 Metcalf, Suite 301 <br> Overland Park, KS 66204 <br> Tel: (702) 259-7777 <br> Fax: (702) 259-7704 <br> Attorneys for Plaintiff Synertx, Inc. |

**ORDER**

**IT IS SO ORDERED** this 17th day of May, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**