# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYNERTX, INC., <br><br> Plaintiff <br><br> v. <br><br> ELY SKILLED CARE, LLC, <br><br> Defendant | Case No.: 2:17-cv-02928-APG-CWH <br><br> **Order Deeming Order to Show Cause Satisfied and Denying Motion for Summary Judgment as Moot** <br><br> [ECF No. 17] |

In light of plaintiff Synertx, Inc.'s response to the order to show cause (ECF No. 21),

IT IS ORDERED that the order to show cause (ECF No. 20) is deemed satisfied, and I will not dismiss this action for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that plaintiff Synertx, Inc.'s motion for summary judgment **(ECF No. 17) is DENIED as moot** in light of the parties' settlement, without prejudice to refile it should the settlement not be completed.

DATED this 20th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE